*Platzer, Swergold,*
*Goldberg, Katz & Jaslow, LLP*
*Attorneys for Medallion Financial Corp.*
*475 Park Avenue South, 18th Floor*
*New York, New York 10016*
*(212) 593-3000*
*Clifford A. Katz*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

                                                   Chapter 11

Eli Parada,                                 Case No.: 22-40730(JMM)

                          Debtor.
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of Appearance as counsel for MEDALLION FINANCIAL CORP., and demands, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

> Platzer, Swergold, Goldberg, Katz & Jaslow, LLP
> Counsel for Medallion Financial Corp.
> 475 Park Avenue, South, 18th Floor
> New York, New York 10016
> Attn:   Cliff A. Katz, Esq.
> Telephone: 212-593-3000
> Facsimile: 212-593-0353
> ckatz@platzerlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or

otherwise: (1) which affect or seek to affect in any way the rights or interests of MEDALLION FINANCIAL CORP., with respect to (a) the Debtor's bankruptcy estate; (b) property or proceeds thereof in which the Debtor's bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtor's bankruptcy estate.

Dated:  April 11, 2022

        **Platzer, Swergold, Goldberg,**
        **Katz & Jaslow, LLP**
        *Attorneys for Medallion Financial Corp.*


By:*/s/ Cliff A. Katz*
      Cliff A. Katz
      475 Park Avenue, South, 18th Fl
      New York, New York 10016
      (212) 593-3000
      ckatz@platzleraw.com